```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEFFREY J. LODGE
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099
 6  Attorneys for the United States of America
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, successor in interest by consolidation to Placer Sierra Bank,<br><br>             Plaintiff,<br><br>    v.<br><br>SHREE BALAJI HOSPITALITY, LP, a California Limited Partnership; BALWANTSINH DOLATSINH THAKOR, an individual; LABATEN BALWANTSINH THAKOR, an individual; EDF RESOURCE CAPITAL, INC., a California corporation; U.S. SMALL BUSINESS ADMINISTRATION, a government entity; CITY OF OAKDALE, a government entity; and DOES 1 through 50, inclusive,<br><br>             Defendants. | Case No.  1:10-cv-1150 AWI/DLB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR THE UNITED STATES OF AMERICA TO RESPOND TO COMPLAINT; ORDER** |

    Defendant United States of America ("United States") and Plaintiff Wells Fargo Bank, National Association ("Plaintiff"), by and through their respective counsel, stipulate to extend the time for the United States to respond to the Complaint which was removed to the United States District Court on June 24, 2010, (Docket No. 1) as follows:

    1.    Plaintiff filed a Complaint in Stanislaus County Superior Court seeking, among other things, to foreclose the interest in certain real property held by the United States of America, Small Business Administration.

2. Plaintiff caused the Complaint to be served upon the United States on June 15, 2010, and the United States removed the case to United States District Court on June 24, 2010. Under Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure, the United States is required to file a response to the complaint within 7 days after the notice of removal is filed. A scheduling conference has been set for September 21, 2010.

3. Government counsel is currently in the process of reviewing records and preparing a response.

Based upon the above, the parties stipulate that the United States' time to respond to the Complaint shall be extended up to and including August 16, 2010. The parties request the Court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: June 29, 2010           BENJAMIN B. WAGNER
                               United States Attorney

                               By:    /s/ Jeffrey J. Lodge
                                      JEFFREY J. LODGE
                               Assistant U.S. Attorney

Dated: June 29, 2010           COLEMAN & HOROWITT, LLP

                               By:    /s/ Kurt V. Jaenike    (as authorized 6/29/10)
                                      KURT V. JAENIKE

                               Attorneys for Plaintiff, Wells Fargo Bank, National Association

                                      ORDER

IT IS SO ORDERED that the United States of America's time to respond to the Complaint is extended to August 16, 2010.

IT IS SO ORDERED.

   Dated:   **June 30, 2010**              **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE