DARRYL J. HOROWITT, #100898
KURT V. JAENIKE #112537
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for Plaintiff,
WELLS FARGO BANK, NATIONAL ASSOCIATION

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, successor in interest by consolidation to Placer Sierra Bank,<br><br>Plaintiff,<br><br>v.<br><br>SHREE BALAJI HOSPITALITY, LP, a California Limited Partnership; BALWANTSINH DOLATSINHM THAKOR, an individual; LABATEN BALWANTSINH THAKOR, an individual; EDF RESOURCE CAPITAL, INC.; U.S. SMALL BUSINESS ADMINISTRATION; CITY OF OAKDALE and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:10-CV-01150-AWI-DLB<br><br>**STIPULATION FOR THE ISSUANCE OF AN ORDER TO EXTEND THE STATE COURT'S AMENDED EX PARTE ORDER APPOINTING RECEIVER AND ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER; ORDER** |

    This Stipulation is entered into by and between Plaintiff, WELLS FARGO BANK, NATIONAL ASSOCIATION, successor in interest by consolidation to Placer Sierra Bank ("WFB"), and Defendants, SHREE BALAJI HOSPITALITY, LP, a California Limited Partnership ("SBH"); BALWANTSINH DOLATSINHM THAKOR, an individual ("BALWANTSINH"); LABATEN BALWANTSINH THAKOR, an individual ("LABATEN"); EDF RESOURCE CAPITAL, INC. ("EDF"); UNITED STATES OF AMERICA on behalf of

*Wells Fargo Bank, N.A. v.*
*Shree Balaji Hospitality, LP*
<u>Case No. 1:10-CV-01150-AWI-DLB</u>

its agency, U.S. SMALL BUSINESS ADMINISTRATION ("USA"); and the CITY OF OAKDALE, a government entity ("CITY"), by and through their respective attorneys of record, on the following recitals, terms, and conditions:

## RECITALS

This Stipulation is entered into with the following facts taken into consideration:

A.   On or about June 9, 2010, the Stanislaus County Superior Court heard, on an ex parte basis, Plaintiff WFB's application for appointment of receiver, temporary restraining order, and order to show cause re confirmation of appointment of receiver.  True and correct copies of the ex parte application and declaration of Kurt V. Jaenike are attached hereto as Exhibits 1 and 2.

B.   On or about June 9, 2010, Stanislaus County Superior Court Judge Roger M. Beauchesne entered an Ex Parte Order Appointing Receiver and Order to Show Cause and Temporary Restraining Order.  On or about June 11, 2010, Stanislaus County Superior Court Judge Roger M. Beauchesne entered an Amended Ex Parte Order Appointing Receiver and Order to Show Cause and Temporary Restraining Order.  True and correct copies of the ex parte order and amended ex parte order are attached hereto as Exhibits 3 and 4.

C.   An order to show cause to confirm receiver and for preliminary injunction was duly scheduled to be heard on June 25, 2010, in the Stanislaus County Superior Court.

D.   On or about July 1, 2010, the temporary restraining order and receivership expire.

E.   The parties have agreed that, to maintain the status quo pending a hearing in this Court of the confirmation of the appointment of the receiver and the issuance of a preliminary injunction, the temporary restraining order and order appointing the receiver issued on June 9, 2010, and amended on June 11, 2010, shall remain in effect past the original expiration date of July 1, 2010, up to and including July 29, 2010, unless the court conducts a hearing on the confirmation of the appointment of the receiver and the issuance of a preliminary injunction prior

*Wells Fargo Bank, N.A. v.*
*Shree Balaji Hospitality, LP*
Case No. 1:10-CV-01150-AWI-DLB

to that date.  The parties thus enter into this Stipulation to permit such to occur.

**STIPULATION**

With the above facts taken into consideration, the adequacy and sufficiency of which are hereby acknowledged, the parties, by and through their respective attorneys of record, stipulate and agree as follows:

1. Incorporation of Recitals.  Paragraphs A through E, inclusive, of the Recitals hereof are fully incorporated herein and are true and correct.  These Recitals are intended and shall be deemed and construed to be a material and integral portion of this Stipulation.

2. Extension of TRO and Order Appointing Receiver.  In order to maintain the status quo pending a hearing in this Court of the confirmation of the appointment of the receiver and the issuance of a preliminary injunction that the temporary restraining order and order appointing the receiver issued on June 9, 2010, and amended on June 11, 2010, shall remain in effect past the original expiration date of July 1, 2010, up to and including July 29, 2010, unless the court conducts a hearing on the confirmation of the appointment of the receiver and the issuance of a preliminary injunction prior to that date.

3. Scheduling of Hearing.  A hearing on Plaintiff's OSC re confirmation of the appointment of the receiver and the issuance of a preliminary injunction that the temporary restraining order and order appointing the receiver issued on June 9, 2010, and amended on June 11, 2010, shall be scheduled on the first date available by the court prior to July 29, 2010.

4. Execution in Counterparts.  This Stipulation may be executed in counterparts and a facsimile and/or an electronic signature shall be considered as valid as an original.

/ / /

/ / /

/ / /

*Wells Fargo Bank, N.A. v.*
*Shree Balaji Hospitality, LP*
Case No. 1:10-CV-01150-AWI-DLB

Dated: June 30, 2010        COLEMAN & HOROWITT, LLP


By: */s/ Darryl J. Horowitt*
    DARRYL J. HOROWITT
    Attorneys for Plaintiff,
    WELLS FARGO BANK, NATIONAL
    ASSOCIATION, successor in interest by
    consolidation to Placer Sierra Bank

Dated: July 1, 2010         LAW OFFICES OF MICHAEL TIMOTHY HEATH


By: *See E-Mails attached as Attachment 1*
    MICHAEL TIMOTHY HEATH
    Attorney for Defendants,
    SHREE BALAJI HOSPITALITY, LP, a
    California Limited Partnership;  BALWANTSINH
    DOLATSINHM THAKOR, an individual;
    LABATEN BALWANTSINH THAKOR, an
    individual

Dated: June 30, 2010        REAL ESTATE LAW GROUP LLP


By: */s/ Jason L. Hoffman*
    JASON L. HOFFMAN
    Attorney for Defendant,
    EDF RESOURCE CAPITAL, INC.

Dated: July 1, 2010         BENJAMIN B. WAGNER
                            United States Attorney


By: */s/ Jeffrey J. Lodge*
    JEFFREY J. LODGE
    Assistant U.S. Attorney
    Attorneys for Defendant

/ / /

*Wells Fargo Bank, N.A. v.*
*Shree Balaji Hospitality, LP*
Case No. 1:10-CV-01150-AWI-DLB

Dated: _____, 2010

                                      *Authorized to file without signature*
                                      THOMAS P. HALLINAN
                                      Attorney for Defendant,
                                      CITY OF OAKDALE, a government entity

## ORDER

The parties having so stipulated, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. In order to maintain the status quo pending a hearing in this Court of the confirmation of the appointment of the receiver and the issuance of a preliminary injunction that the temporary restraining order and order appointing the receiver issued on June 9, 2010, and amended on June 11, 2010, shall remain in effect past the original expiration date of July 1, 2010, up to and including July 29, 2010, unless the court conducts a hearing on the confirmation of the appointment of the receiver and the issuance of a preliminary injunction prior to that date.

2. The hearing on Plaintiff's OSC re confirmation of the appointment of the receiver and the issuance of a preliminary injunction shall be heard on July 26, 2010, at 1:30 p.m. in Courtroom __2__ of this court.

IT IS SO ORDERED.

Dated: July 3, 2010

                                                  CHIEF UNITED STATES DISTRICT JUDGE