**REAL ESTATE LAW GROUP LLP**
JASON L. HOFFMAN (Bar No. 179924)
3455 American River Drive, Suite C
Sacramento, California 95864
Telephone: (916) 484-2600
Facsimile:   (916) 484-2601
jhoffman@relglaw.com

Attorneys for EDF REsource Capital, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
(FRESNO DIVISION)

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, successor in interest by consolidation to Placer Sierra Bank,<br><br>Plaintiff<br><br>v.<br><br>SHREE BALAJI HOSPITALITY, LP, a California Limited Partnership; BALWANTSINH DOLATSINH THAKOR, an individual; LABATEN BALWANTSINH THAKOR, an individual; EDF RESOURCE CAPITAL, INC., a California corporation; U.S. SMALL BUSINESS ADMINISTRATION, a government entity; CITY OF OAKDALE, a government entity; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No. 1:10-cv-1150 AWI-DLB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR EDF RESOURCE CAPITAL, INC. TO RESPOND TO COMPLAINT; ORDER** |

22916

1

CASE NO. 1:10-cv-1150
STIPULATION FOR EXTENSION OF
TO RESPOND TO COMPLAINT; ORDER.

Defendant EDF REsource Capital, Inc. ("**REsource**"), and Plaintiff Wells Fargo Bank, National Association ("**Plaintiff**"), by and through their respective counsel, stipulate to extend the time for REsource to respond to the Complaint which was removed to the United States District Court on June 24, 2010, (Docket No. 1) as follows:

1. Plaintiff filed a Complaint in Stanislaus County Superior Court seeking, among other things, to foreclose the interest in certain real property held by the United States of America, Small Business Administration.

2. Plaintiff caused the Complaint to be served upon REsource on June 15, 2010, and the United States removed the case to United States District Court on June 24, 2010. Under Rule 81(c)(2)(C) of the Federal Rules of Civil Procedure, the United States is required to file a response to the complaint within 7 days after the notice of removal is filed or 21 days after service of the initial pleading.

3. A scheduling conference has been set for September 21, 2010.

4. REsource's counsel is currently in the process of reviewing records and preparing a response.

Based upon the above, the parties stipulate that REsource's time to respond to the Complaint shall be extended up to and including August 16, 2010.  The parties request the Court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: July 13, 2010          REAL ESTATE LAW GROUP LLP

/s/ Jason L. Hoffman
_____
BY:     JASON L. HOFFMAN
Attorneys for EDF REsource Capital, Inc.

22916

2

CASE NO. 1:10-cv-1150
STIPULATION FOR EXTENSION OF
TO RESPOND TO COMPLAINT; ORDER.

1  Dated: July 13, 2010          COLEMAN & HOROWITT, LLP

                                  /s/ Kurt V. Jaenike [as authorized July 12, 2010]
                                  _____
                                  BY:    KURT V. JAENIKE
                                  Attorneys for Plaintiff, Wells Fargo Bank, National
                                  Association

## ORDER

IT IS SO ORDERED that REsource's time to respond to the Complaint is extended to August 16, 2010.

IT IS SO ORDERED.

   Dated:   **July 13, 2010**                    /s/ *Dennis L. Beck*
                                           UNITED STATES MAGISTRATE JUDGE

22916

3

CASE NO. 1:10-cv-1150
STIPULATION FOR EXTENSION OF
TO RESPOND TO COMPLAINT; ORDER.