# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO, NATIONAL ASSOCIATION, successor in interest by consolidation to Placer Sierra Bank,<br><br>　　　　Plaintiff,<br>　　v.<br>SHREE BALAJI HOSPITALITY, LP, a California Limited Partnership; BALWANTSINH DOLATSINHM THAKOR, an individual; LABATEN BALWANTSINH THAKOR, an individual; EDF RESOURCE CAPITAL,INC.; U.S. SMALL BUSINESS ADMINISTRATION; CITY OF OAKDALE and DOES 1 through 50, inclusive<br><br>　　　　Defendants. | NO. 1:10-CV-1150 AWI-DLB<br><br>ORDER VACATING SEPTEMBER 27, 2010 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　Defendant EDF Resource Capital, Inc.'s motion to dismiss has been set for hearing in this case on September 27, 2010.  The court has reviewed the papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 78-230(h).  Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 27, 2010, is VACATED, and the parties shall not appear at that time.  As of September 27, 2010, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:    September 23, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE