DARRYL J. HOROWITT #100898
KURT V. JAENIKE #112537
COLEMAN & HOROWITT, LLP
499 W. Shaw Avenue, Suite 116
Fresno, CA 93704
(559)248-4820; dhorowitt@ch-law.com
Fax: (559)248-4830; kjaenike@ch-law.com

**FILED**

MAR 03 2011

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, successor in interest by consolidation to Placer Sierra Bank, <br> Plaintiff(s), <br> v. <br> SHREE BALAJI HOSPITALITY, LP, a California Limited Partnership, et al. <br><br> Defendant(s). | CASE NUMBER 1:10-CV-01150-AWI-DLB <br><br> NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: *(Check one)*

[ ] This action is dismissed by the Plaintiff(s) in its entirety.

[ ] The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ] The Cross-Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ] The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[X] ONLY Defendant(s) U.S. SMALL BUSINESS ADMINISTRATION and CITY OF OAKDALE

is/are dismissed from *(check one)* [X] Complaint, [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party Claim brought by Plaintiff WELLS FARGO BANK, NATIONAL ASSOCIATION, successor in interest by consolidation to Placer Sierra Bank

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

01/14/2010
Date

*Signature of Attorney/Party*
KURT V. JAENIKE

NOTE: F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

It is so Ordered. Dated: 3-3-11

_____
United States District Judge

CV-09 (03/10)  NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)  CCD-9