**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, successor in interest by consolidation to Placer Sierra Bank,<br><br>    Plaintiff,<br><br>  v.<br><br>SHREE BALAJI HOSPITALITY, LP, etc., et al.,<br><br>    Defendants. | NO. 1:10-CV-01150 AWI DLB<br><br>ORDER VACATING HEARING DATE OF JUNE 20, 2011 AND TAKING MATTER UNDER SUBMISSION |

    Plaintiff has noticed for hearing and decision a motion for discharge of receiver.  The matter was scheduled for hearing to be held on June 20, 2011. The court has reviewed Plaintiff's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument.  See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 20, 2011 is VACATED, and no party shall appear at that time.  As of June 20, 2011,  the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   June 17, 2011

                                                  CHIEF UNITED STATES DISTRICT JUDGE