**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, successor in interest by consolidation to Placer Sierra Bank,<br><br>    Plaintiff,<br><br>    v.<br><br>SHREE BALAJI HOSPITALITY, LP, etc., et al.,<br><br>    Defendants. | NO. 1:10-CV-01150 AWI DLB<br><br>ORDER DISCHARGING RECEIVER; APPROVING RECEIVER'S FINAL ACCOUNTING; AND EXONERATING RECEIVER'S SURETY |

This matter is before the Court on the motion of Plaintiff, WELLS FARGO BANK, NATIONAL ASSOCIATION, for approval of Receiver Byron D. Chapman's Final Accounting Report, discharging him as Receiver, and exoneration of his surety. The Court finds that good cause supports the relief requested.

IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion is GRANTED;

2. The Receiver's Final Accounting Report is APPROVED;

3. Interim payments of the Receiver's fees and costs aggregating $35,000 are approved, and the Receiver is authorized to pay himself the sum of $5,000 for services rendered by the Receiver to the receivership estate in the months of March/April 2011;

4. The receivership is terminated, the Receiver is discharged from any further duties or responsibilities, and the Receiver's bond is exonerated;

5. Plaintiff's bond in the amount of $25,000 (in support of the temporary restraining order and preliminary injunction) is exonerated; and

6. The Receiver shall turn over all receivership funds in his possession, including, but not limited to, any cash surplus, to the successful purchaser at the non-judicial foreclosure sale, Plaintiff, WELLS FARGO BANK.

IT IS SO ORDERED.

Dated:   June 23, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE